EISNER, Appellant, v. PRINGLE MEMO-RIAL HOME, Respondent. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Mark H. Eisner against the Pringle Memorial Home. J. Eisner, for appellant. N. Zabriskie, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 130 App. Div. 559, 115 N. Y. Supp. 58.

ELDER, Appellant, v. INTERNATIONAL RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Frank S. Elder against the International Railway Company.
PER CURIAM. Judgment (68 Misc. Rep. 22, 122 N. Y. Supp. 880) affirmed, with costs.
McLENNAN, P. J., dissents, upon the ground that the enforcement of the rule requiring the passenger himself to deposit his fare was unreasonable under the circumstances.
SPRING, J., not sitting.

ELLIG, Respondent, v. CENTRAL NEW ENGLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 7, 1911.) Action by Augusta Ellig, as administratrix, etc., of John Henry Ellig, deceased, against the Central New England Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

ENGINEER CO., Appellant, v. HEERMANCE STORAGE & REFRIGERATING CO., Respondent. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by the Engineer Company against the Heermance Storage & Refrigerating Company. J. W. Monk, for appellant. R. G. Perry, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ENTWISLE, Respondent, v. DUMEY et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 17, 1011.) Action by Frank L. Entwisle, trustee in bankruptcy, etc., against Michael Dumey and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

EQUITABLE LIFE ASSUR. SOC. OF UNITED STATES v. HUDSON TRUST CO. et al. (Supreme Court, Appellate Division, First Department. March 17, 1911.) Action by the Equitable Life Assurance Society of the United States against the Hudson Trust Company, impleaded with others. X. P. Huddy, for appellant. V. E. Whitlock, for respondent. No opinion. Order (128 N. Y. Supp. 153) affirmed, with $10 costs and disbursements. Order filed.

EQUITABLE TRUST CO. OF NEW YORK, Appellant, v. COOK, Respondent. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the Equitable Trust Company of New York against William Cook.

No opinion. Motion denied, on condition that the appellant perfect its appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

ERDE et al., Appellants, v. JOLINE et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Henry Erde and another against Adrian H. Joline and another, as receivers, etc. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, upon the ground that the questions of defendants' negligence and plaintiffs' freedom from contributory negligence should have been submitted to the jury.

ERIE R. CO. v. SMITH et al. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by the Erie Railroad Company against William H. Smith, as administrator, etc., of Robert W. Smith, deceased, and others. No opinion. Judgment (68 Misc. Rep. 136, 123 N. Y. Supp. 973) affirmed, with costs.

EVANS, Appellant, v. EASTMAN KODAK CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 14, 1911.) Action by Clarence E. Evans, an infant, etc., against the Eastman Kodak Company.
PER CURIAM. Judgment and order affirmed, with costs.
KRUSE and ROBSON, JJ., dissent. See, also, 119 App. Div. 915, 104 N. Y. Supp. 1127; 137 App. Div. 880, 118 N. Y. Supp. 1105.

EVERDELL, Respondent, v. BANKERS' LIFE INS. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Henry C. Everdell against the Bankers' Life Insurance Company. W. B. Brice, for appellant. H. Barry, for respondent. No opinion. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. Order filed.

EXPORT TRUCKING CO. v. G. W. SHELDON & CO. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by the Export Trucking Company against G. W. Sheldon & Co. No opinion. Motion denied, with $10 costs. Order filed. See, also, 126 N. Y. Supp. 1128.

FARRELL v. FARRELL et al. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Louis L. Farrell against William J. Farrell, individually, etc., and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 129 App. Div. 907, 113 N. Y. Supp. 1131; 127 N. Y. Supp. 764.

FAVA v. BIENENZUCHT et al. (Supreme Court, Appellate Division, First Department